Eugene FINGERS, Appellant,

v.

STATE of Missouri, Respondent.

No. 63817.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 26, 1993.

David A. Bruns, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm, finding the motion court's findings are not clearly erroneous. Rule 84.-16(b)(2).

We also determine an opinion in this matter would have no precedential value and affirm by written order. Rule 84.16(b). We have provided a memorandum for the use of the parties only.